**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SOPHIA WILTSHIRE,

                Plaintiff,

         -against-

TBWA CHIAT DAY NEW YORK, *et al.,*

                Defendants.
-------------------------------------------------------------------X

**25 Civ. No. 0891 (KPF)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 13, 2026 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 508 260 745#.**

       **SO ORDERED.**

DATED:    New York, New York
          April 27, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge