**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOPHIA WILTSHIRE,

                                    Plaintiff,

                    -against-

TBWA CHIAT DAY NEW YORK, *et al.,*

                                    Defendants.
-----------------------------------------------------------------X

**25 Civ. No. 00891 (KPF)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, June 15, 2026 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, June 8, 2026**.

        **SO ORDERED.**

DATED:      New York, New York
            May 13, 2026

                                    _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge